# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PIERRE WATSON, | ) |
| Plaintiff, | ) |
| v. | ) 4:18-cv-00764-NAB |
| ZACHARY DRISKILL, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Pierre Watson's motion for extension of time in which to file his amended complaint. (Docket No. 19). Plaintiff advises the Court that he is currently at the Federal Transfer Center in Oklahoma City, Oklahoma, en route to the Federal Correctional Complex in Coleman, Florida. As he is in the process of changing institutions, plaintiff requests addition time in order to file the amended complaint he has been ordered to submit. Good cause being shown, the Court will grant plaintiff's motion and give him an additional thirty days in which to file his amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time in which to file his amended complaint (Docket No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file his amended complaint on a Court-provided form, in accordance with the instructions set forth in the Court's order of August 27, 2018, **within thirty (30) days of the date of this order**.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this order will result in the dismissal of this case without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon the filing of the amended complaint, the Court will review the amended complaint pursuant to 28 U.S.C. § 1915.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of March, 2019.