# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PIERRE WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 4:18-cv-764 NAB |
| ZACHARY DRISKILL, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court pursuant to a letter sent by plaintiff Pierre Watson that has been construed as a motion for extension of time in which to file his amended complaint. (Docket No. 24). Plaintiff advises that he has recently been transferred to a new correctional facility and that his property, including legal materials, has not yet arrived. He therefore requests an additional thirty-day extension. Good cause being shown, the Court will grant plaintiff's motion and give him an additional thirty days in which to file his amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time in which to file his amended complaint (Docket No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file his amended complaint on a Court-provided form, in accordance with the instructions set forth in the Court's order of August 27, 2018, **within thirty (30) days of the date of this order**.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely comply with this order will result in the dismissal of this case without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon the filing of the amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of May, 2019.