**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIERRE WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:18-CV-764-NAB |
| | ) | |
| ZACHARY DRISKILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Pierre Watson's motion to obtain electronically stored information. (Docket No. 39). The motion seeks video surveillance that plaintiff believes may be destroyed once defendants are served. The motion will be denied as premature as the Court has not yet authorized discovery in this case and has not yet issued a case management order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to obtain electronically stored information (Docket No. 39) is **DENIED**.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of January, 2020.