**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIERRE WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00764-NAB |
| | ) | |
| ZACHARY DRISKILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On January 13, 2020, the Court directed the Clerk of Court to issue process on defendants Zachary Driskill, Jessica Hanner, and Diane Manley. (Docket No. 36). The summonses for defendants Hanner and Manley were returned unexecuted by the U.S. Marshal's Office, with the notation that neither Hanner nor Manley were still employed by Crawford County. (Docket No. 44; Docket No. 45). On February 20, 2020, defendant Driskill filed his separate answer by and through counsel Remington Smith. (Docket No. 48). As defendants Hanner and Manley can no longer be served at their place of employment, the Court will order defense counsel Remington Smith to submit under seal and ex parte the last known residential addresses for defendants Hanner and Manley, in order for the Court to effectuate process on them. Accordingly,

**IT IS HEREBY ORDERED** that Remington Smith shall submit, under seal and ex parte, the last known residential addresses for Jessica Hanner and Diane Manley, within **thirty (30) days** of the date of this order.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of March, 2020.