UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PIERRE WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-00764-NAB |
| ) | |
| ZACHARY DRISKILL, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on defense counsel's filing, under seal, of the last known addresses of defendants Jessica Hanner and Diane Manley. (Docket No. 54). The Court had ordered the submission of their addresses, as they are no longer employed by the Crawford County Sheriff's Department, and could not be served at that location. The Court will now direct the Clerk of Court to issue process on defendants Hanner and Manley in their individual capacities as to plaintiff's failure to protect claim at the addresses provided by defense counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to issue on defendants Jessica Hanner and Diane Manley in their individual capacities as to plaintiff's failure to protect claim at the addresses provided by defense counsel in Docket Number 54.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis, service shall be effectuated by the United States Marshal's Office through summons pursuant to Fed. R. Civ. P. 4.

**IT IS FURTHER ORDERED** that copies of the summonses and the return of summonses shall be filed **under seal** and will **not** be served upon plaintiff, as these documents will contain the last known residential addresses of defendants Hanner and Manley.

                                              NANNETTE A. BAKER
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of March, 2020.